IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT BOOKER, | 1:05-CV-00835-OWW-SMS-P |
| Plaintiff, | ORDER GRANTING MOTION TO TRANSFER ACTION TO SACRAMENTO DIVISION |
| vs. | |
| K. M. POWERS, et al., | (DOCUMENT #8) |
| Defendants. | ORDER OF TRANSFER |

Plaintiff is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint on June 27, 2005, at the Fresno Division of the United States District Court for the Eastern District of California.

On July 19, 2006, plaintiff filed a motion to transfer this action from the Fresno Division to the Sacramento Division of the Eastern District of California. The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." See 28 U.S.C. § 1391(b).

In this case, the events giving rise to the claim occurred in two divisions of the United States District Court for the Eastern District of California. In the complaint, plaintiff alleges that his civil rights were violated by insufficient medical care for a malady of his hands, feet, and lower legs while he was incarcerated at the Deuel Vocational Institution, and also later after he was transferred to Avenal State Prison. The Deuel Vocational Institution is located in San Joaquin County, which is part of the Sacramento Division of the Eastern District. Avenal State Prison is located in Kings County, which is part of the Fresno Division of the Eastern District. Because a substantial part of the events occurred in both divisions, venue is proper in either division. See 28 U.S.C. § 1391(b).

At the time the complaint was filed, plaintiff was incarcerated at Avenal State Prison. Due to plaintiff's residence in the Fresno Division, the center of gravity of the case was properly filed at the Fresno Division

According to the complaint, three of the defendants, a Chief Medical Officer and two medical doctors, are employed at the Deuel Vocational Institution, within the Sacramento Division, and the other two defendants, a Chief Medical Officer and a staff physician, are employed at Avenal State Prison, within the Fresno Division. Because defendants can be found in either division, venue is proper in either division. See 28 U.S.C. § 1391(b).

On July 19, 2006, plaintiff filed a motion to transfer this action to the Sacramento Division, because plaintiff was paroled and has moved to a street address within the Sacramento Division. In light of the fact that plaintiff's residence has changed from the Fresno Division to the Sacramento Division, it is clear that the center of gravity of this case has shifted to the Sacramento Division, and that any relationship with the Fresno Division is minimal. Furthermore, any relief that may be granted to plaintiff is plaintiff receives is better For that reason, plaintiff's motion will be granted and the case will be transferred to the Sacramento Division.

In accordance with the above, with good cause presented and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to transfer this action is GRANTED;
2. This action is transferred to Sacramento Division of the United States District Court for the Eastern District of California; and

1      3.    All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

IT IS SO ORDERED.

**Dated:   August 23, 2006**         **/s/ Sandra M. Snyder**
b6edp0                                              UNITED STATES MAGISTRATE JUDGE